IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 17 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____EKW_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 24-407 G |
| CHRISTOPHER ALAN ULLRICH, | ) ) | Violations: 18 U.S.C. § 2252A(a)(2)(A) |
| Defendant. | ) ) ) | 18 U.S.C. § 2252A(b)(1) 18 U.S.C. § 2252A(a)(5)(B) 18 U.S.C. § 2252A(b)(2) |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Distribution of Child Pornography)**

From in or about November 2022, the exact date being unknown to the Grand Jury, and continuing through in or about December 2022, in the Western District of Oklahoma, ------------------------------ **CHRISTOPHER ALAN ULLRICH,** ---------------------------- having prior convictions under the laws of the State of Oklahoma, to wit: Distribution of Child Pornography, in violation of 21 O.S. § 1040.13, and Possession of Child Pornography, in violation of 21 O.S. § 1021.2, knowingly distributed child pornography using a means and facility of interstate and foreign commerce, namely, Wickr and the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT 2
### (Access with Intent to View Child Pornography)

From in or about November 2022, the exact date being unknown to the Grand Jury, and on or about June 25, 2024, in the Western District of Oklahoma,

------------------------------ **CHRISTOPHER ALAN ULLRICH,** --------------------------

having prior convictions under the laws of the State of Oklahoma, to wit: Distribution of Child Pornography, in violation of 21 O.S. § 1040.13, and Possession of Child Pornography, in violation of 21 O.S. § 1021.2, knowingly accessed with intent to view material containing images of child pornography, including images that involved a prepubescent minor, which had been transported using a means and facility of interstate and foreign commerce, and that were produced using materials that had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

ELIZABETH JOYNES
Assistant United States Attorney

2